IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 05-CV-1528-EWN-PAC

UNITED STATES OF AMERICA,

Plaintiff,

v.

2005 GMC YUKON DENALI XL, VIN 1GKFK66U65J168877,
$3,200.00 IN UNITED STATES CURRENCY,

Defendants.

AUG 1 2 2005

GREGORY C. LANGHAM
CLERK

---

ORDER FOR WARRANT AND SUMMONS FOR ARREST OF PROPERTY *IN REM*

---

Plaintiff has instituted the *in rem* action herein and requested issuance of process. It appears to the Court from the Verified Complaint filed herein that the Court has jurisdiction over defendant property, and it appears, for the reasons and causes set forth in the Complaint that there is probable cause to believe the defendant property is subject to a decree of forfeiture, and that a Warrant and Summons for Arrest of defendant property should enter.

IT IS THEREFORE ORDERED AND DECREED that a Warrant and Summons for Arrest of Property *In Rem* for the defendant personal property shall issue as prayed for, and that the United States Secretary of the Treasury or its representatives be directed to arrest and seize the defendant property described as follows:

    a. 2005 GMC Yukon Denali XL, VIN 1GKFK66U65J168877

    b. $3,200.00 In United States Currency

IT IS FURTHER ORDERED that a return of this Warrant and Summons shall be

promptly made to the Court; and

IT IS FURTHER ORDERED that all persons claiming an interest in or right against the defendant property shall file their Verified Statement of Interest with the Clerk of this Court pursuant to Rule C(6)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims, within thirty (30) days after the earlier of (1) receiving actual notice of execution of process, or (2) last publication of notice under Rule C(4), or after such additional time as the Court may allow, and shall serve and file their Answers to the Verified Complaint within twenty (20) days after the filing of the Verified Statement of Interest with the Office of the Clerk, United States District Court for the District of Colorado, with a copy sent to Assistant United States Attorney James S. Russell for the District of Colorado, 1225 17th Street, Suite 700, Denver, Colorado.

DONE at Denver, Colorado, this 12th day of August, 2005.

BY THE COURT:

s/ Patricia A Coan
Patricia A Coan, United States Magistrate Judge

-2-