IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01528-EWN-PAC

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2005 GMC YUKON DENALI XL, VIN 1GKFK66U65J168877,
$3,200.00 IN UNITED STATES CURRENCY,

       Defendants.

_____

**ORDER**
_____

       This matter having come before the Court on the United States' Status Report and Motion to Vacate Status Conference - November 8, 2005, and the Court being fully advised, it is hereby ORDERED:

       The Status Conference scheduled for Friday, November 18, 2005 commencing at 9:00 a.m. is VACATED.  A further Status Report shall be filed on or before December 9, 2005.

       Dated this 9th day of November, 2005

                                        s/ Edward W. Nottingham
                                        EDWARD W. NOTTINGHAM
                                        DISTRICT COURT JUDGE