IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01528–EWN–PAC

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2005 GMC YUKON DENALI XL, VIN 1GKFK66U65J168877,
$3,200.00 IN UNITED STATES CURRENCY,

      Defendants.

---

**MINUTE ORDER**

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "United States' Motion for Stay" (#24, filed February 8, 2006) is DENIED.  A further status report shall be filed on or before April 1, 2006.

Dated: February 8, 2006