IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-1528-EWN-PAC

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2005 GMC YUKON DENALI XL, VIN 1GKFK66U65J168877,
$3,200.00 IN UNITED STATES CURRENCY,

       Defendants.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the United States' Motion to Dismiss, and the Court having read said motion and being fully advised in the premises FINDS;

THAT the United States commenced this action *in rem* pursuant to 18 U.S.C. §981;

THAT the United States has moved to dismiss the civil forfeiture case herein, as forfeiture proceedings in the corresponding criminal case, Criminal Case No. 06-cr-00244-EWN, have resulted in a Final Order of Forfeiture of defendant properties herein; and

THAT based upon the facts and verification set forth in the Verified Complaint, there was reasonable cause for the seizure and arrest of the defendant property.

NOW THEREFORE, IT IS ORDERED that this civil forfeiture case is hereby dismissed without prejudice, and that a Certificate of Reasonable Cause, which this order constitutes, is granted pursuant to 28 U.S.C. §2465.

SO ORDERED this 19th day of September, 2007.

                                                BY THE COURT:

                                                s/ Edward W. Nottingham
                                                EDWARD W. NOTTINGHAM
                                                Chief United States District Judge